UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No: 1:09-CR-147 |
| v. | ) | |
| | ) | Chief Judge Curtis L. Collier |
| GARY FILLERS | ) | |
| | ) | |

**O R D E R**

On September 30, 2009, Magistrate Judge William B. Mitchell Carter filed a Report and Recommendation recommending (a) the Court accept Defendant Gary Fillers's ("Defendant") plea of guilty to the One-Count Bill of Information; (b) the Court adjudicate Defendant guilty of the charges set forth in the One-Count Bill of Information; (c) that a decision on whether to accept the plea agreement be deferred until sentencing; and (d) Defendant be released on bond pending sentencing in this matter (Court File No. 11). Neither party filed an objection within the given ten days. After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1) Defendant's plea of guilty to the One-Count Bill of Information is **ACCEPTED**;

(2) Defendant is hereby **ADJUDGED** guilty of the charges set forth in the One-Count Bill of Information;

(3) A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and

(4) Defendant **SHALL BE RELEASED ON BOND** pending sentencing on **Thursday, January 21, 2010, at 9:00 am**.

**SO ORDERED.**

ENTER:

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**